UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGNEDJO SYLVAIN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. JANECKA,<br><br>　　　　　Respondent. | Case No. EDCV 18-2644 AG(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 and all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that this action is dismissed without prejudice for lack of jurisdiction. The Clerk shall enter judgment accordingly.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and counsel for respondent.

IT IS SO ORDERED.

DATED: June 28, 2019



_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE