JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NGNEDJO SYLVAIN,

   Petitioner,

  v.

J. JANECKA,

   Respondent.

Case No. EDCV 18-2644 AG(JC)

JUDGMENT

  Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 28, 2019

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE